UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHSAN MOHAMMAD KHAN,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSON, Secretary, Department of Homeland Security., et. al.,<br><br>Defendants. | No. C18-0550-MAT<br><br>**JOINT STIPULATION AND [proposed] ORDER OF DISMISSAL**<br><br>Noted for Consideration:<br>Today |

STIPULATION

WHEREAS Plaintiff filed a Complaint in the Nature of Mandamus on April 15, 2018, seeking to compel Defendants to adjudicate Plaintiff's I-130 Petitions for Alien Relatives filed on behalf of his three adopted children. Dkt. No. 1.

WHEREAS Defendants have since issued Approval Notices for all three I-130 applications.

WHEREAS the parties agree that Plaintiff's complaint is moot and should be dismissed without fees or costs to either party.

JOINT STIPULATION AND
ORDER OF DISMISSAL - 1
(C18-0550-MAT)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint in the Nature of Mandamus is DISMISSED without prejudice and without fees or costs to either party.

SO STIPULATED.
DATED this 10th day of May, 2018.

ANNETTE L. HAYES
United States Attorney


 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail kristin.b.johnson@usdoj.gov
Attorney for Defendants


SO STIPULATED.
DATED this 10th day of May, 2018.


/s Bart Klein
BART KLEIN WSBA#1090
605 1st Street, Seattle, WA 98104
Telephone No. (206) 624-3787
Attorney for Plaintiff

JOINT STIPULATION AND
ORDER OF DISMISSAL - 2
(C18-0550-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## **ORDER**

IT IS SO ORDERED. Plaintiff's Complaint in the Nature of Mandamus is DISMISSED without prejudice and without fees or costs to either party.

DATED this 16th day of May, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION AND
ORDER OF DISMISSAL - 3
(C18-0550-MAT)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**